THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Randy W. Joye, Appellant.
 
 
 

Appeal From Florence County
 B. Hicks Harwell, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-375
Submitted November 1, 2006  Filed November 17, 2006

AFFIRMED

 
 
 
Randy Wayne Joye, of Johnsonville, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Randy Wayne Joye appeals from a magistrates court conviction for criminal domestic violence on the ground that he was denied legal counsel.[1]  The initial appeal to circuit court was dismissed for failure to prosecute the appealJoye failed to appear at the circuit court hearing.  In Joyes appeal to us, he does not challenge the basis of the circuit courts ruling.  An unchallenged ruling is the law of the case on appeal.  Because Joye failed to appeal the specific ruling of the circuit court, we affirm pursuant to Rule 220(b)(2), SCACR, and the following authority:  Floyd v. Floyd, 365 S.C. 56, 72, 615 S.E.2d 465, 474 (Ct. App. 2005) (An unappealed ruling becomes the law of the case.).  As this is dispositive, we need not address any remaining issues. Whiteside v. Cherokee County Sch. Dist. No. One, 311 S.C. 335, 340-341, 428 S.E.2d 886, 889 (1993).
AFFIRMED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.